1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   KATHERINE LLOYD-LOVETT
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone: (510) 637-3500
6  Facsimile: (510) 637-3507
   Email: Joyce_Leavitt@fd.org
7

8  Counsel for Defendant Khamthong

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 13–806 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE FROM MAY 25, 2018 TO JUNE 29, 2018 FOR STATUS** |
| v. | |
| SANTI KHAMTHONG, | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date for defendant Santi Khamthong currently scheduled for Friday, May 25, 2018 at 9:30 a.m. before the Honorable Jon S. Tigar, may be continued to Friday, June 29, 2018, at 9:30 a.m. for status. The reason for the request is that defense counsel is unavailable on May 25, 2018, and June 29, 2018, is the first date that all of the parties are available. United States Probation Officer Shaheen Shan is aware of the request to continue Mr. Khamthong's court date and has no objection to the proposed continuance. She is available on June 29, 2018, should the court date be continued to that date.

| | | |
|---|---|---|
| DATED: May 24, 2018 | | /s/ |
| | | JOYCE LEAVITT |
| | | Assistant Federal Public Defender |

| | | |
|---|---|---|
| DATED: May 24, 2018 | | /s/ |
| | | KATHERINE LLOYD-LOVETT |
| | | Assistant United States Attorney |

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date for defendant Santi Khamthong currently scheduled for Friday, May 25, 2018 at 9:30 a.m. before the Honorable Jon S. Tigar, is hereby continued to Friday, June 29, 2018, at 9:30 a.m. for status.

IT IS SO ORDERED.

DATED: May 24, 2018

_____
HON. JON S. TIGAR
United States District Judge